6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LAWYERS TITLE INSURANCE | § | |
| CORPORATION | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. B-97-173 |
| | § | |
| CAMERON COUNTY TITLE | § | |
| COMPANY, INC. | § | |
| Defendant | § | |

**ORDER OF DISMISSAL**

Based on the stipulations of the parties, it is

ORDERED that all claims and causes of action asserted between Plaintiff, Lawyers Title

Insurance Corporation, and Defendant, Cameron County Title Company, Inc., be and the same are

hereby dismissed with prejudice, with costs taxed against the party incurring them.

SO ORDERED.

Signed this __23rd__ day of ~~January~~ March, 1999.

_____
U.S. DISTRICT JUDGE

ORDER OF DISMISSAL - PAGE 1

ClibPDF - www.fastio.com